IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01549-AP

FRANCIS C. MARTINEZ,

       Plaintiff,

   v.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Teresa H. Abbott
Colo. Atty. Reg. #27192
Abbott Boltz, LLP
Attorney for Plaintiff
3515 S. Tamarac Drive, Suite 200
Denver, CO 80237
(303) 757-5000
(303) 689-9627 (fax)
abbott.teresa@gmail.com

For Defendant:

Troy Eid
United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Stephanie Lynn F.  Kiley
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
Fax: (303) 844-0770
stephanie.fishkin.kiley@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: 07/23/2008

    B.    Date Complaint Was Served on U.S. Attorney's Office: 08/11/2008

    C.    Date Answer and Administrative Record Were Filed: 10/10/2008

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state to the best of their knowledge that the record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that his case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

The parties state to the best of their knowledge that there are no other matters.

**8. BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due: 12/01/2008

    B.    Defendant's  Response Brief Due: 01/05/2009

    C.    Plaintiff's  Reply Brief Due: 01/20/2009

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    Plaintiff requests oral argument.

    **B.**    Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

***The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

    DATED this <u>23rd</u> day of <u>October</u> , 2008.

                               BY THE COURT:


                             *S/John L. Kane*_____
                             U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Teresa H. Abbott<br>Teresa H. Abbott<br>Colo. Atty. Reg. #27192<br>ABBOTT BOLTZ, LLP<br>Attorney for Plaintiff<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>(303)689-9627 (fax)<br>abbott.teresa@gmail.com | Troy Eid<br>UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/ Stephanie Lynn F. Kiley<br>Stephanie Lynn F.  Kiley<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-0815<br>Fax: (303) 844-0770<br>stephanie.fishkin.kiley@ssa.gov<br><br>Attorneys for Defendant |